## WEBB v. MOBLEY et al.

Court of Appeals of Kentucky.

Nov. 13, 1952.

T. T. Burchell, Manchester, for movant.

Pleas Wm. Mobley, Manchester, and Eugene H. Clark, Manchester, for opposed.

PER CURIAM.

Motion for an appeal from the Clay Circuit Court. Judgment for the defendants in an action on a promissory note for $450. The court having considered the record is of the opinion that it presented a case for the jury. The judgment is therefore affirmed.